IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| ALEX FERNANDEZ-PENA JUAN JOSE RODRIGUEZ | : | **VIOLATIONS:** 18 U.S.C. § 2119 (carjacking – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A)(ii) (using and carrying a firearm during and |
| | : | in relation to a crime of violence – 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) Notice of forfeiture |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

On or about January 3, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**ALEX FERNANDEZ-PENA, and
JUAN JOSE RODRIGUEZ,**

with intent to cause death and serious bodily harm, took, and aided and abetted the taking from the person and presence of R.P.M., a person known to the grand jury, by force and violence, and by intimidation, a motor vehicle, that is, a 2011 Infiniti G37, bearing vehicle identification number JN1CV6AR4BM401869, and license plate PA KDX-7336, that had been transported, shipped, and received in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2.

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 3, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendants

**ALEX FERNANDEZ-PENA, and
JUAN JOSE RODRIGUEZ**

knowingly used and carried, and aided and abetted the use and carrying of, a firearm, that is, a Mossberg, 12-gauge shotgun, bearing serial number R960763, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, carjacking, and aiding and abetting, in violation of Title 18, United States Code, Sections 2119 and 2, as charged in Count One of this indictment, and that firearm was brandished.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Sections 2119 and 924(c)(1)(A), set forth in this indictment, defendants

**ALEX FERNANDEZ-PENA and
JUAN JOSE RODRIGUEZ**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of such violations, including, but not limited to:

1. a Mossberg, 12-gauge shotgun, bearing serial number R960763; and
2. one live shotgun shell.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_Salvatore L. Astolfi for_
**JENNIFER ARBITTIER WILLIAMS**
**United States Attorney**

3

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

### ALEX FERNANDEZ-PENA
### JUAN JOSE RODRIGUEZ

### INDICTMENT

Counts

18 U.S.C. § 2119 (carjacking – 1 count)
18 U.S.C. § 924 (c) (1) (A) (ii) (using and carrying a firearm during and in relation to a crime of violence– 1 count)
18 U.S.C. § 2 (aiding and abetting) Notice of forfeiture

A true bill.

_____
Foreman

Filed in open court this \_\_\_23\_\_\_ day,
of \_February\_ A.D. 20 \_22\_

Clerk

Bail, $_____